**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

|  |  |  |
|---|---|---|
| **JANE DOE,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **CASE NO.** |
| **ENSEMBLE RCM LLC, d/b/a** | ) | |
| **ENSEMBLE HEALTH PARTNERS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL**

Defendant, ENSEMBLE RCM, LLC d/b/a ENSEMBLE HEALTH PARTNERS ("Defendant"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby petitions this Court to remove this action from the Circuit Court of the Fifth Judicial Circuit in and for Marion County, Florida, to the United States District Court for the Middle District of Florida, Ocala Division. Removal of this action is based upon the following:

## I. PROCEDURAL BACKGROUND

On April 20, 2026, Plaintiff, Jane Doe ("Plaintiff"), filed a Complaint ("Complaint") in the Circuit Court of the Fifth Judicial Circuit in and for Marion County, Florida, Case No. 42-2026-CA-000918-CAAM (the "Circuit Court Case").

Copies of all process, pleadings, orders, and other papers or exhibits of every kind currently on file within the Circuit Court Case are attached to this Notice of and Petition for Removal as **Composite Exhibit A**, as required by 28. U.S.C. § 1446(a).

In the Complaint, Plaintiff alleges claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* ("Title VII"), 42 U.S.C. § 1981 ("Section 1981"), the Family and Medical Leave Act, 29 U.S.C. § 2615(a) ("FMLA"), and Florida Civil Rights Act, Fla. Stat. § 760.10 ("FCRA").

On May 18, 2026, Defendant's counsel accepted service on Defendant's behalf. Defendant files this Notice and Petition for Removal within 30 days of this acceptance, as required by 28 U.S.C. § 1446(b). Accordingly, this removal is timely.

Marion County, where Plaintiff filed the Complaint, lies within the Ocala Division of the United States District Court for the Middle District of Florida. *See* L.R. M.D. Fla. 1.04. Thus, removal to this Court is proper pursuant to 28 U.S.C. § 1446(a).

Pursuant to 28 U.S.C. § 1446(d), Defendant will provide the Notice of and Petition for Removal to Plaintiff and will file a copy of the Notice of and Petition for Removal in the Circuit Court Case.

## II. REMOVAL IS PROPER BASED ON FEDERAL QUESTION JURISDICTION

Federal district courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Here, Plaintiff brings claims under Title VII, Section 1981, and the FMLA. *See* **Ex. A**, Compl. ¶¶ 40–109. Accordingly, this civil action is within the Court's federal question jurisdiction and may be removed to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1443.

Pursuant to 28 U.S.C. § 1367, this Court also has supplemental jurisdiction over Plaintiff's state law claims brought under the FCRA, as the allegations for these claims arise from the same allegations forming Plaintiff's Title VII and Section 1981 claims. *See* **Ex. A**, Compl. ¶¶ 110–118; *Parker v. Scrap Metal Processors, Inc.*, 468 F.3d 733, 743 (11th Cir. 2006) ("The constitutional 'case or controversy' standard confers supplemental jurisdiction over all state claims which arise out of a common nucleus of operative fact with a substantial federal claim.").

## CONCLUSION

**WHEREFORE**, Defendant requests that this Court accept the removal of this action from the Circuit Court of the Fifth Judicial Circuit and further direct that the Circuit Court have no further jurisdiction over this action.

DATED this 12th day of June, 2026.

Respectfully submitted,

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone:   (407) 246-8440
Facsimile:    (407) 246-8441

By:   /s/ *Nailah Bowen Casavant*
      J. Douglas Brown III
      Florida Bar No. 331170
      Doug.brown@jacksonlewis.com

      Nailah Bowen Casavant
      Florida Bar No. 1032083
      nailah.casavant@jacksonlewis.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of June, 2026, the foregoing was electronically filed with the Clerk of the Court by using the  CM/ECF System, which will send a notice of electronic filing to: Nicolasy@dereksmithlaw.com, Nicolas A. Yoda, Esq., Derek Smith Law Group, PLLC, 520 Brickell Key Drive, Suite O-301, Miami, FL 33131, Attorneys for Plaintiff.

/s/ *Nailah Bowen Casavant*
Nailah Bowen Casavant

4