**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JANE DOE**,

    Plaintiff,

v.                                              **Case No. 5:26-CV-00431**

**ENSEMBLE RCM LLC, D/B/A**
**ENSEMBLE HEALTH PARTNERS**,

    Defendant.

_____

**DEFENDANT'S DISCLOSURE STATEMENT (CIVIL) UNDER**
**RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

**Recusal Information**

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

   Defendant's parent company is Ensemble Intermediate, LLC.

2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

   None.

3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

   None.

1

4. If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

   Not applicable.

5. Identify any entity or natural person not already disclosed and likely to actively participate in this action.

   None.

6. Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

   None.

## Citizenship Information

7. If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

   Defendant is a Delaware limited liability company. Defendant identifies its members and their citizenship as follows: Ensemble Health Partners India Private Limited (India) and Ensemble HP, LLC (Delaware).

8. If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

   Not applicable.

2

## Certificate

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

DATED this 12th day of June, 2026.

|  | Respectfully submitted,<br><br>JACKSON LEWIS P.C.<br>390 North Orange Avenue, Suite 1285<br>Orlando, Florida 32801<br>Telephone:  (407) 246-8440<br>Facsimile:  (407) 246-8441<br><br>By:  */s/ J. Douglas Brown III*<br>J. Douglas Brown III<br>Florida Bar No. 331170<br>Doug.brown@jacksonlewis.com<br><br>Nailah Bowen Casavant<br>Florida Bar No. 1032083<br>nailah.casavant@jacksonlewis.com<br><br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of June, 2026, the foregoing was electronically filed with the Clerk of the Court by using the  CM/ECF System, and sent by e-mail to: Nicolasy@dereksmithlaw.com, Nicolas A. Yoda, Esq., Derek Smith Law Group, PLLC, 520 Brickell Key Drive, Suite O-301, Miami, FL 33131, Attorneys for Plaintiff.

*/s/ J. Douglas Brown III*
J. Douglas Brown III