**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

| | |
|---|---|
| **JANE DOE,**<br>**Plaintiff,**<br><br>**vs.**<br><br>**ENSEMBLE RCM LLC, d/b/a ENSEMBLE HEALTH PARTNERS,**<br><br>**Defendant.** | **CASE NO. 5:26-cv-00431-JSM-PRL** |

**UNOPPOSED MOTION TO WITHDRAW**

Pursuant to Local Rule 2.02 for the Middle District of Florida, J. Douglas Brown III, Esq., hereby respectfully moves this Court for permission to withdraw as counsel of record for Defendant, as follows:

1. Effective August 21, 2026, the undersigned counsel's employment with the law firm of Jackson Lewis, P.C. will conclude, and the undersigned counsel will no longer be affiliated with the firm.

2. Defendant will be represented by Lin J. Wagner, Esq., and Nailah B. Casavant of Jackson Lewis, P.C. Lin J. Wagner, Esq., will be filing her notice of appearance as lead counsel contemporaneously with this motion.

3. Pursuant to Local Rule 2.02(c), Defendant consents to undersigned counsel's withdrawal.

4. Pursuant to Local Rule 2.02(c)(3), undersigned counsel certifies that his withdrawal will not cause a continuance of trial nor a delay of any other deadlines. Defendant's rights in this matter will not otherwise be prejudiced by the withdrawal of undersigned counsel.

WHEREFORE, the undersigned counsel respectfully requests this Court issue an Order (i) granting this Motion, (ii) enter an Order allowing the withdrawal of Attorney J. Douglas Brown III as attorney for Defendant, and (iii) discharging him from any further obligations in this matter.

**Local Rule 3.01(g) Certification**

The undersigned counsel certifies that on August 20, 2026, he conferred with Plaintiff via e-mail. Plaintiff does not oppose the relief sought herein.

Respectfully submitted,

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441

By: */s/ J. Douglas Brown III*
J. Douglas Brown III
Florida Bar No. 331170
Doug.brown@jacksonlewis.com

Nailah Bowen Casavant
Florida Bar No. 1032083
nailah.casavant@jacksonlewis.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of August, 2026, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to: Nicolasy@dereksmithlaw.com, Nicolas A. Yoda, Esq., Derek Smith Law Group, PLLC, 520 Brickell Key Drive, Suite O-301, Miami, FL 33131, Attorney for Plaintiff.

*/s/ J. Douglas Brown III*
J. Douglas Brown III