**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

| | | |
|---|---|---|
| **JANE DOE,**<br>**Plaintiff,**<br><br>**vs.**<br><br>**ENSEMBLE RCM LLC, d/b/a ENSEMBLE HEALTH PARTNERS,**<br><br>**Defendant.** | ) | **CASE NO. 5:26-cv-00431-JSM-PRL** |

## NOTICE OF APPEARANCE AS LEAD COUNSEL

Lin J. Wagner, Esq. of the law firm of Jackson Lewis P.C., and pursuant to Local Rule 2.02(a), hereby files her Notice of Appearance as Lead Counsel for the Defendant in the above-referenced matter and requests that all future pleadings, briefs, notices, Orders, or documents of whatever kind be served upon her at the below listed address.

Dated: August 21, 2026.

JACKSON LEWIS P.C.
390 N. Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440

By: */s/ Lin J. Wagner*
Lin J. Wagner
Florida Bar No. 0093138
lin.wagner@jacksonlewis.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of August, 2026, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF System, and sent by e-mail to: Nicolasy@dereksmithlaw.com, Nicolas A. Yoda, Esq., Derek Smith Law Group, PLLC, 520 Brickell Key Drive, Suite O-301, Miami, FL 33131, Attorneys for Plaintiff.

/s/ *Lin J. Wagner*
Lin J. Wagner